```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL CASUAL,

                    Plaintiff,

        -against-

THE NATURE'S BOUNTY, INC.,
NATALIA DIAZ,

                    Defendants.
------------------------------------------------------------X
```

For Online Publication Only

**ORDER**
20-CV-6152 (JMA) (AYS)

FILED
CLERK
2/18/2021 10:35 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

Before the Court is the in forma pauperis application filed by pro se plaintiff, Paul Casual ("plaintiff"). For the reasons that follow, the application to proceed in forma pauperis is denied without prejudice and with leave to renew upon completion of the AO 239 Long Form in forma pauperis application ("Long Form") attached to this Order. Alternatively, plaintiff may remit the $400.00 filing fee.

Plaintiff reports that he is not presently employed, has no source of income, and has $500.00 in cash or in a checking or savings account. (See ECF No. 5, ¶¶ 2-4.) Plaintiff reports that he owns a car, yet provides no monthly expenses associated with that vehicle such as gas and insurance. (Id. ¶¶ 5-6.) Additionally, plaintiff wrote "N/A" in the space that calls for his regular monthly expenses for items such as housing, transportation, utilities, food, etc. and reports having no debts or financial obligations. (Id. ¶¶ 6, 8.) Further, although plaintiff reports having no financial resources, he declares that his mother is dependent upon him. (Id. ¶ 7.) Thus, as is readily apparent, the responses provided by plaintiff raise more questions than they answer. Accordingly, plaintiff's application is denied without prejudice and with leave to renew upon completion of the long form application enclosed with this Order within twenty-one (21) days from the date of this Order. Alternatively, plaintiff may remit the $400.00 filing fee. Plaintiff is

warned that a failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

Dated:   February 18, 2021
        Central Islip, New York

                                       /s/ (JMA)
                                      JOAN M. AZRACK
                                      UNITED STATES DISTRICT JUDGE